CLERK, U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2012 OCT 26 AM 9 26

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 05-858(WHW) |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JOSEPH MESFUN | ) | |
| | ) | |

**THIS MATTER** having been opened to the Court upon an application by defendant, Joseph Mesfun, by the Law Offices of Thomas R. Ashley, Esq., for an Order terminating defendant from probation on the ground that the defendant has complied with the Court's order that defendant make full and complete restitution of $167,367.00.

Defendant shall rely upon the letter memorandum of law and additional exhibits appended hereto; and it appearing that United States Probation Officer Kellyanne Kelly and the Government do not oppose defendant's request; and it appearing for good and sufficient cause shown;

**IT IS** on this 20 day of November, 2012;

**ORDERED** that Joseph Mesfun's probation is hereby terminated.

HONORABLE WILLIAM H. WALLS, U.S.D.J.